FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2013

No. 04-12-00430-CR

Charles **ARRINGTON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1663
Honorable Sharon MacRae, Judge Presiding

# O R D E R

   The Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. The appellant's reply brief is due May 14, 2013.  NO FURTHER EXTENSIONS WILL BE GRANTED.

   It is so **ORDERED** on the 1st day of May, 2013.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

